1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF CHRISTOPHER TEMPLE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF AMBER SMITH<br>RE: CAL. CODE CIV. PROC. § 377.32** |

I, Amber Smith, do declare and say:

1.      I submit the following declaration concerning my status as the successor-in-interest to Christopher Temple, pursuant to section § 377.32 of the California Code of Civil Procedure.

2.      Christopher Temple was born on ▮▮▮▮▮▮, 1982, in the County of Placer, California.

3.      No proceeding is now pending in California for administration of the estate of Christopher Temple.

4.      I am the successor-in-interest to Christopher Temple (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the surviving spouse of Christopher Temple.

5.      No other person has a superior right to commence this action or proceeding, or to be substituted for Christopher Temple in this pending action or proceeding.

6.      A true and correct copy of the certified death certificate of Christopher Temple is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on  July 15 , 2023, at Auburn, California.

*Amber Smith*

Amber Smith

---

**DECLARATION OF AMBER SMITH RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Temple v. County of Placer*, United States District Court, Eastern District of California, Case No. _____

OFFICE OF THE CLERK-RECORDER
## COUNTY OF PLACER
AUBURN, CALIFORNIA

| STATE FILE NUMBER | CERTIFICATE OF DEATH | LOCAL REGISTRATION NUMBER |
|---|---|---|
| 3052023008609 | STATE OF CALIFORNIA — USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS — VS-11 (REV 3/08) | 3202331000125 |

**DECEDENT'S PERSONAL DATA**

| 1. NAME OF DECEDENT– FIRST (Given) CHRISTOPHER | 2. MIDDLE JOHNNY | 3. LAST (Family) TEMPLE |
|---|---|---|

AKA. ALSO KNOWN AS – Include full AKA (FIRST, MIDDLE, LAST)

| 4. DATE OF BIRTH mm/dd/ccyy ▮▮ 1982 | 5. AGE Yrs 40 | IF UNDER ONE YEAR — Months / Days | IF UNDER 24 HOURS — Hours / Minutes | 6. SEX M |
|---|---|---|---|---|

| 9. BIRTH STATE/FOREIGN COUNTRY CA | 10. SOCIAL SECURITY NUMBER ▮▮▮ | 11. EVER IN U.S. ARMED FORCES? YES [ ] NO [X] UNK [ ] | 12. MARITAL STATUS/SRDP at Time of Death MARRIED | 7. DATE OF DEATH mm/dd/ccyy 01/11/2023 | 8. HOUR (24 Hours) 1219 |
|---|---|---|---|---|---|

| 13. EDUCATION – Highest Level/Degree (see worksheet on back) HS GRADUATE | 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? (If yes, see worksheet on back) YES [ ] NO [X] | 16. DECEDENT'S RACE – Up to 3 races may be listed (see worksheet on back) WHITE |
|---|---|---|

| 17. USUAL OCCUPATION – Type of work for most of life. DO NOT USE RETIRED AUTO MECHANIC | 18. KIND OF BUSINESS OR INDUSTRY (e.g., grocery store, road construction, employment agency, etc.) AUTOMOTIVE | 19. YEARS IN OCCUPATION 10 |
|---|---|---|

**USUAL RESIDENCE**

| 20. DECEDENT'S RESIDENCE (Street and number, or location) 3231 BOULDER CREEK ROAD |
|---|

| 21. CITY PENRYN | 22. COUNTY/PROVINCE PLACER | 23. ZIP CODE 95663 | 24. YEARS IN COUNTY 40 | 25. STATE/FOREIGN COUNTRY CA |
|---|---|---|---|---|

**INFORMANT**

| 26. INFORMANT'S NAME, RELATIONSHIP NICHOLAS JOHNNY TEMPLE, FATHER | 27. INFORMANT'S MAILING ADDRESS (Street and number, or rural route number, city or town, state and zip) 3231 BOULDER CREEK ROAD, PENRYN, CA 95663 |
|---|---|

**SPOUSE/SRDP AND PARENT INFORMATION**

| 28. NAME OF SURVIVING SPOUSE/SRDP– FIRST AMBER | 29. MIDDLE | 30. LAST (BIRTH NAME) SMITH |
|---|---|---|

| 31. NAME OF FATHER/PARENT–FIRST NICHOLAS | 32. MIDDLE JOHNNY | 33. LAST TEMPLE | 34. BIRTH STATE CA |
|---|---|---|---|

| 35. NAME OF MOTHER/PARENT–FIRST JANIE | 36. MIDDLE BATES | 37. LAST (BIRTH NAME) FAIRLESS | 38. BIRTH STATE CA |
|---|---|---|---|

**FUNERAL DIRECTOR/ LOCAL REGISTRAR**

| 39. DISPOSITION DATE mm/dd/ccyy 01/26/2023 | 40. PLACE OF FINAL DISPOSITION BURIAL AT NEWCASTLE CEMETERY 850 TAYLOR ROAD, NEWCASTLE, CA 95658 |
|---|---|

| 41. TYPE OF DISPOSITION(S) CREMATE/BURIAL | 42. SIGNATURE OF EMBALMER ▶ NOT EMBALMED | 43. LICENSE NUMBER – |
|---|---|---|

| 44. NAME OF FUNERAL ESTABLISHMENT CHAPEL OF THE HILLS | 45. LICENSE NUMBER FD372 | 46. SIGNATURE OF LOCAL REGISTRAR ▶ ROBERT LEE OLDHAM, MD | 47. DATE mm/dd/ccyy 01/19/2023 |
|---|---|---|---|

**PLACE OF DEATH**

| 101. PLACE OF DEATH ROADWAY | 102. IF HOSPITAL, SPECIFY ONE — IP [ ] / HROP [ ] / TXIA [ ] | 103. IF OTHER THAN HOSPITAL, SPECIFY ONE — Hospice [ ] / Nursing Home/LTC [ ] / Decedent's Home [ ] / Other [X] |
|---|---|---|

| 104. COUNTY PLACER | 105. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) GRASS VALLEY HWY/LOCKSLEY LN | 106. CITY AUBURN |
|---|---|---|

**CAUSE OF DEATH**

| 107. CAUSE OF DEATH | Enter the chain of events – diseases, injuries, or complications – that directly caused death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. | Time Interval Between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → (A) GUNSHOT WOUNDS OF THE CHEST AND LOWER TORSO | | (AT) MINS | YES [X] NO [ ] / REFERRAL NUMBER 1100217 |
| Sequentially, list conditions, if any, leading to cause on Line A. Enter UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. (B) | | (BT) | 109. BIOPSY PERFORMED? YES [ ] NO [X] |
| (C) | | (CT) | 110. AUTOPSY PERFORMED? YES [X] NO [ ] |
| (D) | | (DT) | 111. USED IN DETERMINING CAUSE? YES [X] NO [ ] |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 – |
|---|

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) UNK | 113A. DECEDENT PREGNANT IN LAST YEAR? YES [ ] NO [X] UNK [ ] |
|---|---|

**PHYSICIAN'S CERTIFICATION**

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. Decedent Attended Since (A) mm/dd/ccyy / Decedent Last Seen Alive (B) mm/dd/ccyy | 115. SIGNATURE AND TITLE OF CERTIFIER ▶ | 116. LICENSE NUMBER | 117. DATE mm/dd/ccyy |
|---|---|---|---|
| | 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | | |

**CORONER'S USE ONLY**

| 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED. MANNER OF DEATH — Natural [ ] Accident [ ] Homicide [ ] Suicide [X] Pending Investigation [ ] Could not be determined [ ] | 120. INJURED AT WORK? YES [ ] NO [ ] UNK [ ] | 121. INJURY DATE mm/dd/ccyy | 122. HOUR (24 Hours) |
|---|---|---|---|

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city, and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER ▶ NICOLE MOYNIER | 127. DATE mm/dd/ccyy 01/12/2023 | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER NICOLE MOYNIER, DEP CORONER |
|---|---|---|

| STATE REGISTRAR | A | B | C | D | E | FAX AUTH# | CENSUS TRACT |
|---|---|---|---|---|---|---|---|

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF PLACER

*000376166*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Placer County Clerk-Recorder.

DATE ISSUED **JUN 0 8 2023**



RYAN RONCO
PLACER COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

PBNCO (Rev) 02/17

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

OFFICE OF THE CLERK-RECORDER

# COUNTY OF PLACER

AUBURN, CALIFORNIA

## PHYSICIAN/CORONER'S AMENDMENT

3052023008609

**STATE FILE NUMBER**

NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

3202331000125 , 01

**LOCAL REGISTRATION NUMBER**

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I   INFORMATION TO LOCATE RECORD

| INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|---|
| | CHRISTOPHER | JOHNNY | TEMPLE | M |
| | 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT | |
| | 01/11/2023 | AUBURN | PLACER | |

### PART II   STATEMENT OF CORRECTIONS

| | 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|---|
| LIST ONE ITEM PER LINE | 8 | 1219 | 0019 |
| | 113 | UNK | NO |
| | 119 | PENDING INVESTIGATION | HOMICIDE |
| | 120 | | N |
| | 121 | | 01/11/2023 |
| | 122 | | 0000 |
| | 123 | | OTHER: SIDE OF THE ROAD |
| | 124 | | DECEDENT SUFFERED MULTIPLE GUNSHOT WOUNDS. |
| | 125 | | GRASS VALLEY HIGHWAY AND LOCKSLEY LANE, AUBURN, CA 95602 |

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|---|
| | ▶ NICOLE MOYNIER | 02/17/2023 | NICOLE MOYNIER, DEP CORONER |
| | 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE / 15. ZIP CODE |
| | 2929 RICHARDSON DR | AUBURN | CA / 95603 |

| STATE/LOCAL REGISTRAR USE ONLY | 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|---|
| | ▶ CDPH-VR | 02/17/2023 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24Ae (REV. 1/08)

1.1

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF PLACER

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Placer County Clerk-Recorder.

* 0 0 0 3 7 6 1 6 7 *



RYAN RONCO
PLACER COUNTY CLERK-RECORDER

**DATE ISSUED** JUN 0 8 2023

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

PBNCO (Rev) 02/17

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE