**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF PLACER, PLACE COUNTY SHERIFF'S OFFICE,
WAYNE WOO, CODY MICHAEL, MELISSA ADAMS, and CLAUDELL VAUGHAN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER TEMPLE and AMBER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, WAYNE WOO, CODY MICHAEL, MELISSA ADAMS, and CLAUDELL VAUGHAN,<br><br>Defendants.<br>_____/ | CASE NO.  2:23-cv-1713 DAD CKD<br><br>**STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCOVERY; [PROPOSED] ORDER**<br><br>Complaint Filed:  8/14/2023 |

Pursuant to the Eastern District of California Local Rule 144(a), Plaintiffs ESTATE OF CHRISTOPHER TEMPLE and AMBER SMITH (collectively "Plaintiffs") and Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, WAYNE WOO, CODY MICHAEL, MELISSA ADAMS, and CLAUDELL VAUGHAN (collectively "Defendants") hereby stipulate to provide an additional 28 days for the Defendants to respond to Plaintiffs Request for Production of

Documents, Set One. The parties hereby stipulate as follows:

WHEREAS, on October 19, 2023, Plaintiffs served written discovery in the form of Request for Production of Documents, Set One, on the County on Placer, requesting 63 separate requests for production with a production date of November 24, 2023;

WHEREAS, on November 20, 2023, counsel for Defendants requested a 28-day extension to counsel for Plaintiffs;

WHEREAS, on November 20, 2023, counsel for Plaintiffs granted the first discovery extension via email and setting a new production date of December 22, 2023;

WHEREAS, counsel for Defendants has been diligent and working with the Defendant to review and gather documents in response to Plaintiffs Request for Production of Documents, Set One, but requests additional time to gather the documents and for counsel for Defendants to review the records;

WHEREAS, the holidays around November and December 2023 have caused slight delays with Defendants gathering documents due to Defendants employees being on vacation;

WHEREAS, counsel for Defendants is seeking a second extension with court approval, requesting another 28 day extension to gather the responsive documents to Plaintiffs Request for Production of Documents, Set One, setting a new deadline of January 19, 2024.

Now, THEREFORE, the parties STIPULATE:

1.  Defendant County of Placer shall have until January 19, 2024 to provide discovery responses to Plaintiffs Request for Production of Documents, Set One.

**IT IS SO STIPULATED.**

Dated:  December 21, 2023                               PORTER SCOTT
                                                        A PROFESSIONAL CORPORATION

                                                        By  /s/Matthew w. Gross
                                                              Carl L. Fessenden
                                                              Matthew W. Gross
                                                              Attorneys for Defendants

**STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCOVERY; [PROPOSED] ORDER**

| | |
|---|---|
| Dated:  December 21, 2023 | LAW OFFICE OF MARK E. MERIN |
| | By  /s/Paul H. Masuhara *(Authorized on 12/19/23)* |
| | Mark E. Merin |
| | Paul H. Masuhara |
| | Attorneys for Plaintiffs |

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED as follows:

1. Defendant County of Placer shall have until January 19, 2024 to provide responses to Plaintiffs Request for Production of Documents, Set One

**IT IS SO ORDERED.**

Dated:  December 21, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
temp1713.stip.rfp