**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Matthew W. Gross, SBN 324007
mgross@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF PLACER, PLACE COUNTY SHERIFF'S OFFICE,
WAYNE WOO, CODY MICHAEL, MELISSA ADAMS, and CLAUDELL VAUGHAN
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER TEMPLE and AMBER SMITH,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, WAYNE WOO, CODY MICHAEL, MELISSA ADAMS, and CLAUDELL VAUGHAN,<br><br>Defendants.<br>_____/ | CASE NO. 2:23-cv-1713 DAD CKD<br><br>**STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCOVERY; [PROPOSED] ORDER**<br><br>Complaint Filed: 8/14/2023 |

Pursuant to the Eastern District of California Local Rule 144(a), Plaintiffs ESTATE OF CHRISTOPHER TEMPLE and AMBER SMITH (collectively "Plaintiffs") and Defendants COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, WAYNE WOO, CODY MICHAEL, MELISSA ADAMS, and CLAUDELL VAUGHAN (collectively "Defendants") hereby stipulate to provide an additional 28 days for the Defendants to respond to Plaintiffs Request for Production of

Documents, Set Two. The parties hereby stipulate as follows:

WHEREAS, on April 2, 2025, Plaintiffs served written discovery in the form of Request for Production of Documents, Set One, on the County on Placer, requesting 11 separate requests for production with a production date of May 5, 2025;

WHEREAS, on May 2, 2025, counsel for Defendants requested a 28-day extension to counsel for Plaintiffs;

WHEREAS, on May 5, 2025, counsel for Plaintiffs granted the first discovery extension via email and setting a new production date of June 2, 2025;

WHEREAS, counsel for Defendants has been diligent and working with the Defendant to review and gather documents in response to Plaintiffs Request for Production of Documents, Set Two, but requests additional time to gather the documents and for counsel for Defendants to review the records;

WHEREAS, counsel for Defendants is seeking a second extension with court approval, requesting another 28 day extension to gather the responsive documents to Plaintiffs Request for Production of Documents, Set One, setting a new deadline of June 30, 2025.

Now, THEREFORE, the parties STIPULATE:

1.  Defendant County of Placer shall have until June 30, 2025 to provide discovery responses to Plaintiffs' Request for Production of Documents, Set One.

**IT IS SO STIPULATED.**

Dated: June 4, 2025                         PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By  /s/Matthew w. Gross
                                                Carl L. Fessenden
                                                Matthew W. Gross
                                                Attorneys for Defendants

Dated: June 4, 2025                         LAW OFFICE OF MARK E. MERIN

                                            By  /s/Paul H. Masuhara *(Authorized 6/2/2025)*
                                                Mark E. Merin
                                                Paul H. Masuhara
                                                Attorneys for Plaintiffs

2

**STIPULATION TO EXTEND DISCOVERY AND EXPERT DISCOVERY; [PROPOSED] ORDER**

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED as follows:

1. Defendant County of Placer shall have until June 30, 2025 to provide discovery responses to Plaintiffs' Request for Production of Documents, Set One.

**IT IS SO ORDERED.**

Dated: June 4, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, temp23cv1713.stip.disc