UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF CHRISTOPHER TEMPLE, et al., | No. 2:23-cv-01713-DAD-CKD |
| Plaintiffs, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION TO INCREASE PAGE LIMIT FOR ANTICIPATED MOTION FOR SUMMARY JUDGMENT |
| COUNTY OF PLACER, et al., | |
| Defendants. | (Doc. No. 43) |

On June 11, 2026, defendants filed a motion to extend the page limits for the parties' briefing on defendants' anticipated motion for summary judgment. (Doc. No. 43.) In that motion, defendants request that the parties be permitted to file "an additional ten pages" for the motion and opposition and that they may file up to "[fifteen (15)] pages for the reply." (*Id.* at 2–3.) Defendants represent that plaintiffs do not oppose but proposed "only 5 [additional] pages for the motion and opposition and 3 additional pages for the reply." (*Id.* at 3.) To date, plaintiffs have not filed an opposition to defendant's motion.

The undersigned's standing order in this action provides that "all moving and opposition briefs or legal memorandum in civil cases shall not exceed 25 pages. Reply briefs filed by moving parties shall not exceed 15 pages." (Doc. No. 9-1 at 2.) It appears then that, in light of the page limits set by this court's standing order, defendants are requesting only an additional five

1

pages for their initial motion briefing and five pages for plaintiffs' opposition, and no additional pages for the reply brief. Accordingly, the court finds good cause to increase the relevant page limits by five pages pursuant to the parties' stipulation to that extension.

For the reasons above, the court GRANTS defendants' motion for an increased page limit (Doc. No. 43). Accordingly, defendants may file a motion for summary judgment not to exceed thirty (30) pages and plaintiffs may file an opposition thereto not to exceed thirty (30) pages.

IT IS SO ORDERED.

Dated:   **July 6, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2